US v. ARTEAGA-ERAZO et. al.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: November 16, 2015

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Case No. 15-1839 MJ |
| Plaintiff, vs. | 21 U.S.C. § 841(a)(b)(1)(c) Possession of a Controlled Substance with Intent to Distribute Count 1 |
| 1. Wilmer Omar ARTEAGA-Erazo<br>Year of Birth: 1992<br>Citizen of Honduras<br>(Count 1) | |
| | 18 U.S.C § 2<br>(Aiding and Abetting)<br>Count 1 |
| 2. Omar FELIX-Olea<br>Year of Birth: 1979<br>Citizen of MEXICO<br>(Count 1) | |
| 3. Carlos Saul ROA-Santacruz<br>Year of Birth: 1990<br>Citizen of Mexico<br>(Count 1) | |
| Defendants. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about November 16, 2015, at or near Tacna, Arizona, within the District of Arizona, the defendants Wilmer Omar ARTEAGA-ERAZO, Omar FELIX-OLEA and Carlos Saul ROA-SANTACRUZ, did knowingly and intentionally possess with intent to distribute, 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, all in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841 (a)(b)1)(c).

US v. ARTEAGA-ERAZO et. al.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

Arturo Curiel
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence November 17, 2015, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

US v. ARTEAGA-ERAZO et. al.

## STATEMENT OF FACTS

I, Arturo Curiel, being duly sworn, do state the following:

On November 16, 2015, Border Patrol Agents (BPA'S) assigned to patrol duties at the Wellton Border Patrol Station responded to the Zone 14 area near Tacna Arizona to relieve the agents from the midnight shift that were following foot sign of approximately seven subjects that appeared to be wearing carpet. Carpet is used over their shoes to conceal their footprints and is commonly used by illegal smugglers in order to avoid detection. At approximately 1030 hours, the carpet sign led directly to nine bundles of makeshift backpacks with a substance that resembled the characteristics of marijuana. The makeshift backpacks were hidden in a cave of a mountain. The substance was later field tested yielding positive results for the characteristics of marijuana with an aggregate weight of 164.95 kilograms. After making the notifications regarding the makeshift backpacks, BPA'S continued to track the foot sign and came upon three individuals approximately 20 yards from the cave in which the makeshift backpacks were located. The three individuals were later identified as Wilmer Omar ARTEAGA-Erazo (ARTEAGA), Omar FELIX-Olea (FELIX) and Carlos Saul ROA-Santacruz (ROA). All three individuals admitted to be in the United States illegally. All three subjects were then taken into custody and transported to the Wellton Border Patrol Station for further processing. Homeland Security Investigations (HSI) Special Agents were notified and responded to the Wellton Border Patrol Station.

During a post-*Miranda* interview, ARTEAGA was asked if he was willing to talk to the agents without the presence of legal counsel. ARTEAGA responded that it was given to him by force and stated that he wanted a lawyer present. No further questions were asked.

During a post-*Miranda* interview, ROA stated that some time ago he met an individual in Mexicali, Baja California, Mexico, who told him that he could avoid paying the smuggling fee of $4,000 dollars to cross to the United States, by smuggling marijuana bundles from Sonoyta,

US v. ARTEAGA-ERAZO et. al.

Sonora, Mexico to an unknown location in the United States. ROA agreed and traveled to Sonoyta. Once in Sonoyta, he along with six or seven other individuals, including ARTEAGA and FELIX, were transported to an unknown ranch between San Luis Rio Colorado and Sonoyta. At the ranch, each individual took possession of a makeshift backpack containing two bundles each and crossed the international boundary line that divides Mexico and the United States. According to ROA, they were instructed to walk north until the freeway where one vehicle was going to show up to pick up the marijuana bundles and another vehicle was going to pick him up along with the other six individuals. ROA further stated that after walking in the desert for approximately three days, they hid the makeshift backpacks in a cave and walked away from the backpacks to rest. While they were resting, they all heard and saw a Border Patrol helicopter, and everyone except ROA, FELIX, ARTEAGA, ran up the mountain and disappeared. ROA, FELIZ, and ARTEAGA were then detained by Border Patrol Agents.

Based on the foregoing, there is probable cause to believe that ROA, FELIX, and ARTEAGA committed the offenses as alleged in the Complaint.

Arturo Curiel
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 17, 2015, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge